HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JUNXIONG HUANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH WING and "JANE DOE" WING, husband and wife, and the marital community composed thereof; STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>Defendants. | NO. 2:22-cv-00449-TL<br><br>STIPULATION FOR AND ORDER OF DISMISSAL OF DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY<br><br>NOTE ON MOTION CALENDAR:<br>JULY 14, 2022 |

**STIPULATION**

It is hereby stipulated by the plaintiff, Junxiong Huang and defendant, State Farm Fire And Casualty Company by and through their undersigned attorneys, that all claims in this action against State Farm Fire & Casualty Company shall be dismissed without prejudice and without costs. This stipulation does not affect Plaintiff's claims against Defendants Kenneth Wing and "Jane Doe" Wing.

STIPULATION FOR AND ORDER OF
DISMISSAL OF DEFENDANT STATE
FARM FIRE AND CASUALTY COMPANY – 1
Case: 2:22-cv-00449-TL

REED McCLURE

By: */s/Suzanna Shaub*
Suzanna Shaub, WSBA #41018
Attorney for Defendant State Farm

HERRMANN LAW GROUP

By: *s/Anthony Marsh (with email authorization)*
Anthony Marsh, WSBA #45194
Attorney for Plaintiff

## ORDER OF DISMISSAL

Based on the above Stipulation, IT IS HEREBY ORDERED that all claims against State Farm Fire & Casualty Company are dismissed without prejudice and without costs.

DATED this 15th day of July 2022.

_____
Tana Lin
United States District Judge