UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUNXIONG HUANG,<br><br>    Plaintiff,<br> v.<br><br>KENNETH WING et al.,<br><br>    Defendants. | CASE NO. 2:22-cv-00449-TL<br><br>ORDER FOR VOLUNTARY DISMISSAL |

This matter having come before the Court on the Stipulation of the Parties (Dkt. No. 36), it is hereby ORDERED, ADJUDGED, and DECREED that the claims, including all counterclaims, of Junxiong Huang against Defendants Kenneth Wing and Jane Doe Wing are hereby DISMISSED WITH PREJUDICE and without costs.

Dated this 15th day of November 2023.

*[signature]*

Tana Lin
United States District Judge